219 So.2d 174

**LAKE, INC.**

v.

**Joseph E. BROWN et al.**

No. 49658.

Feb. 28, 1969.

In re: Lake, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 217 So.2d 212.

Application denied. There is no error in the judgment complained of.

219 So.2d 175

**SUCCESSION of Albert E. CARRIERE.**

No. 49659.

Feb. 28, 1969.

In re: Adolph W. Herrmann applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 216 So.2d 616.

The application is denied. The judgment complained of is correct.